IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVALOUS J. BROWN,

    Plaintiff,

vs.                              No. CV 19-00719 KG/LF

BRAD LUNSFORD, *et al.*,

    Defendants.

## JUDGMENT

THIS MATTER came before the Court under Fed. R. Civ. P. 41(b) on the Complaint filed by Plaintiff Davalous J. Brown on August 6, 2019 (Doc. 1) and the Court having entered its Memorandum Opinion and Order dismissing the case without prejudice,

IT IS ORDERED that JUDGMENT is entered and the Complaint filed by Plaintiff Davalous J. Brown on August 6, 2019 (Doc. 1) is DISMISSED without prejudice under Fed. R. Civ. P. 41(b).

_____
UNITED STATES DISTRICT JUDGE